**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1816

ALAN DOUGLAS RAMSAY,

Plaintiff - Appellant,

versus

THE HOME DEPOT, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-03-1504-AMD)

Submitted:  November 30, 2004      Decided:  December 22, 2004

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David M. Kopstein, DROSS, LEVENSTEIN, PERILMAN & KOPSTEIN, Seabrook, Maryland, for Appellant.  Matthew T. Angotti, Edwin L. Keating, ANDERSON, COE & KING, L.L.P., Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alan Douglas Ramsay appeals the district court's orders granting defendant's motion for summary judgment and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court in its memorandum opinion. See Ramsay v. Home Depot, Inc., No. CA-03-1504-AMD (D. Md. May 27, 2004; June 5, 2004 (paperless order denying reconsideration)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED